NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1493, 2009-1048

DAVID L. HILDEBRAND,

Plaintiff-Appellant,

v.

STECK MANUFACTURING COMPANY, INC.,
CORNWELL QUALITY TOOLS COMPANY,
MATCO TOOLS, SNAP-ON TOOLS COMPANY,
TOOLS USA AND EQUIPMENT COMPANY and MAC TOOLS,

Defendants-Appellees,

and

ATC PRODUCTS, INC.,

Defendant.

Appeal from the United States District Court for the District of Colorado in
case no. 02-CV-01125, Judge Lewis T. Babcock.

ON MOTION

O R D E R

Upon consideration of Steck Manufacturing Company, Inc. et al.'s motion to file a

supplemental appendix pursuant to Fed. Cir. R. 30(e),

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>MAR 1 0 2009</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:   David L. Hildebrand
       Charles F. Shane, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2009

JAN HORBALY
CLERK

2008-1493, 2009-1048        2